**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF**<br><br>**JACKIE BRADFORD**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**<br><br>This Document Relates to:<br><br>Case No. 23-cv-3373<br>(*Bradford v. 3M Company, et al.*) |

1. Plaintiff, Jackie Bradford, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Jackie Bradford, is a resident and citizen of the State of Oklahoma and claims damages as set forth below.

3. ~~Plaintiff's Spouse, __________, is a resident and citizen of the State of Oklahoma, and claims damages as set forth below.~~

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the Eastern District of Oklahoma.

6. Plaintiff brings this action on behalf of themselves.

## FACTUAL ALLEGATIONS

7. On or about March 2020, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of her surgery at AllianceHealth Durant, 1800 University Blvd in Durant, OK, by Dr. Christopher Leslie, DO.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). Plaintiff will supplement as to the specific pathogen that was discovered.

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone at least three revision surgeries including left total hip arthroplasty, irrigation and debridement, removal and cleaning, and subsequent revision of device, on or about October 2020, March 2021, and April 2021, at AllianceHealth Durant, 1800 University Blvd in Durant, OK, by Dr. Christopher Leslie, DO.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X___ INJURY TO HERSELF/HIMSELF

______ INJURY TO THE PERSON REPRESENTED

______ WRONGFUL DEATH

______ SURVIVORSHIP ACTION

__X___ ECONOMIC LOSS

~~(b) Plaintiff's spouse claims damages as a result of (check all that are~~

~~applicable):~~

~~_____ LOSS OF SERVICES~~

~~_____ LOSS OF CONSORTIUM~~

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference (check all that are applicable):

__X___ FIRST CAUSE OF ACTION - NEGLIGENCE;

__X___ SECOND CAUSE OF ACTION - STRICT LIABILITY;

___X____ FAILURE TO WARN

___X____ DEFECTIVE DESIGN AND MANUFACTURE

__X___ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X___ FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF MINNESOTA, AND OKLAHOMA;

__X___ FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X___ SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X___ SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X___ EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__X___ NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES

| | |
|---|---|
| | UNDER LAW OF THE STATE OF MINNESOTA, AND OKLAHOMA; |
| __X___ | TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION; |
| __X___ | ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION; |
| __X___ | TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT; |
| ______ | THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and |
| __X___ | FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT. |

~~In addition to the above, Plaintiff asserts the following additional causes of action under applicable state law:~~

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Punitive damages;
5. Costs and expenses of this litigation;
6. Reasonable attorneys' fees and costs as provided by law;
7. Equitable relief in the nature of disgorgement;

8. Restitution of remedy Defendants' unjust enrichment; and

9. All other relief as the Court deems necessary, just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: November 2, 2023

Respectfully submitted,

***s/s Cliff Walston***

Cliff Walston
Walston, PC
1334 Brittmoore Rd.
Suite 1603
Houston, TX 77043
cliff@walstonlegal.com
(713) 930-6000
(713) 299-0651 (cell)
Attorney for Plaintiff